No. 248. MacKay *v.* Boyd, District Director, Immigration and Naturalization Service, et al., 350 U. S. 840. The motion for leave to file petition for rehearing is denied.

May 14, 1956.

No. 802. Union Oil Co. of California *v.* California. Appeal from the Appellate Department, Superior Court of California, Los Angeles County. *Per Curiam:* The motion for leave to file brief of Air Pollution Control Association, as *amicus curiae,* is denied. The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Alexander Macdonald* and *A. Andrew Hauk* for appellant. *Roger Arnebergh* and *Philip E. Grey* for appellee.

No. 599, Misc. Whitley *v.* Warden of Maryland House of Correction. Appeal from and petition for writ of certiorari to the Court of Appeals of Maryland. *Per Curiam:* The appeal is dismissed and the petition for writ of certiorari is denied.

No. 558, Misc. Solsona *v.* Looney, Warden;
No. 572, Misc. Alvarez *v.* Steiner, Warden;
No. 581, Misc. Anderson *v.* California; and
No. 649, Misc. Jordan *v.* Commissioners of New York State Parole Board et al. Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se. C. Ferdinand Sybert,* Attorney General of Maryland, and *James H. Norris, Jr.,* Special Assistant Attorney General, for respondent in No. 572, Misc.